# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**THERESA HALL**                                                                                                     **PLAINTIFF**

**v.**                                                                     **Civil Action No.:5: 09-cv-41-DCB-JNR**

**NEWMARKET CORPORATION,**
**AETNA, INC. d/b/a AETNA U.S.**
**LIFE INSURANCE COMPANY**,
**and JOHN DOES 1-10**                                                           **DEFENDANTS**

## AGREED ORDER GRANTING ADDITIONAL TIME

THIS CAUSE having come on for hearing on the *ore tenus* motion by the Plaintiff, Theresa Hall, for five (5) additional days or, up to and until August 21, 2009 to serve their Responses and Memorandums thereto to the Defendants' Motion to Dismiss and Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted, and this Court, being advised that the Defendants do not oppose this extension of time, and otherwise being fully advised on the premises, finds that the motion should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Plaintiffs shall have up to and until August 21, 2009 to serve their Responses and Memorandums thereto to the Defendants' Motion to Dismiss and Motion to Dismiss For Failure to State A Claim Upon Which Relief Can Be Granted.

SO ORDERED this the   13th   day of    August   , 2009.

                                                                                       s/ David Bramlette
                                                                        UNITED STATES DISTRICT JUDGE

Agreed to by:

s/W. Andrew Neely
W. Andrew Neely (MB # 102168)
HAWKINS STRACENER & GIBSON, PLLC
P. O. Box 24627
Jackson, MS 39225
**Counsel for Plaintiff**

s/Roy H. Liddell
Roy H. Liddell (MB # 1252)
WELLS MARBLE & HURST, PLLC
P. O. Box 131
Jackson, MS 39205-0131
**Attorney for Defendant Aetna, Inc. and Aetna Life Insurance Company**

s/ John Bryan
Forman Perry Watkins Krutz
200 S. Lamar Street
Jackson, Mississippi 39201-4013

**Attorney for Defendant NewMarket Corp.**