# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**THERESA HALL**                                                                     **PLAINTIFF**

**vs.**                                                  **CIVIL ACTION NO. 5:09cv41DCB-JMR**

**NEWMARKET CORPORATION and**
**AETNA LIFE INSURANCE COMPANY**                            **DEFENDANTS**

## AGREED ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE THEIR REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS

This cause came on for hearing on the unopposed *ore tenus* motion of Defendants Newmarket Corporation and Aetna Life Insurance Company for an extension of time to file their respective replies in support of their Motions to Dismiss, and the Court having considered the motion and noting that the interested parties agree to the relief sought, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Newmarket Corporation and Aetna Life Insurance Company shall have an extension of time until and through September 14, 2009 to file their respective replies in support of their Motions to Dismiss.

SO ORDERED this the 27th day of August, 2009.

                                                                       s/David Bramlette
                                                                       UNITED STATES DISTRICT JUDGE

Agreed:

s/ W. Andrew Neely
W. Andrew Neely
HAWKINS STRACENER & GIBSON, PLLC
P. O. Box 24627
Jackson, MS 39225

**Counsel for Plaintiff**

/s Edward P. Perrin, Jr.
Edward P. Perrin, Jr.
Jennifer R. Poe
HALLETT & PERRIN, P.C.
2001 Bryan Street, Suite 3900
Dallas, Texas 75201

J. Chase Bryan
FORMAN, PERRY, WATKINS, KRUTZ & TARDY, LLP
P. O. Box 22608
Jackson, MS 39225-2608

**Counsel for Defendant Newmarket Corporation**

s/ Kevin A. Rogers
Roy H. Liddell (MB # 1252)
Kevin A. Rogers (MB #101230)
WELLS MARBLE & HURST, PLLC
P. O. Box 131
Jackson, MS 39205-0131

**Attorney for Defendant Aetna Life Insurance Company**